1  DAYLE ELIESON
   United States Attorney
2  KEVIN D. SCHIFF
   Assistant United States Attorney
3  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
4  (702) 388-6503
   Kevin.Schiff@usdoj.gov
5  *Attorneys for the United States*

6                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
7

8  UNITED STATES OF AMERICA,            2:18-cr-365-KJD-PAL

9           Plaintiff,                  **MOTION TO AMEND
                                        SCRIVENER'S ERRROR
10  vs.                                 INDICTMENT AND ARREST
                                        WARRANT**
11  BRYAN RAY,

12          Defendant.

13         COMES NOW the United States of America, by and through DAYLE

14  ELIESON, United States Attorney, and Kevin Schiff, Assistant United States Attorney,

15  respectfully move that the Indictment and Warrant issued in this matter on November 13,

16  2018 be amended to correct a scrivener's error.  Specifically the Defendant's name was

17  transposed in the current Indictment and all subsequent documentation to be "Ray Bryan."

18  The Defendant's correct name is **Bryan Ray**.  Such amendment does not substantively

19  modify any charge in the Indictment and only corrects a typographical error causing no

20  prejudice to the Defendant.  *See United States v. Lim*, 984 F.2d 331, 337 (9th Cir. 1993).

1   Further, such correction will allow law enforcement to correctly input the arrest
2   warrant into the appropriate databases to effect the warrant, and ensure the correct person is
3   brought before the Court to answer to the Indictment.

DATED this 17th day of December, 2018.

DAYLE ELIESON
United States Attorney

/s/ *Kevin Schiff*
Kevin Schiff
Assistant United States Attorney

|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT<br>DISTRICT OF NEVADA** |
| 2 | |
| 3 | UNITED STATES OF AMERICA, ) <br> ) 2:18-cr-365-KJD-PAL |
| 4 | Plaintiff, ) <br> ) **ORDER TO AMEND INDICTMENT,** |
|   | vs. ) **WARRANT, CAPTION & ALL** <br> ) **SUBSEQUENT DOCUMENTATION** |
| 5 | ) |
| 6 | BRYAN RAY ) <br> ) |
| 7 | Defendant. ) |

### I. FINDINGS OF FACT & CONCLUSIONS OF LAW

Based on the Government's Motion to Amend Scrivener's Error Indictment and Warrant, the Court finds:

1. The Indictment issued November 13, 2018 in this matter contains a Scrivener's error naming the Defendant as Ray Bryan: the Defendant's correct name is Bryan Ray;

2. This error in the Indictment is typographical, and;

3. Amending such typographical error does not substantively change any charge alleged in the Indictment, nor does such amendment prejudice the Defendant.

### II. ORDERS

IT IS ORDERED that the Indictment in this matter is amended in both the caption and all charges therein to reflect the Defendant's correct name is Bryan Ray. All subsequent

///

///

3

documentation generated as a result of this error, including the issued arrest warrant, are also amended to correct this typographical error.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 17, 2018

4